## STATEMENT OF FACTS

On October 8, 2020, Detective Dyer from the Montgomery County Police Department obtained an arrest warrant for defendant Juwan Hall (Defendant Hall) charging Carjacking and related offenses for an incident that occurred in Montgomery County, Maryland on October 6, 2020. The warrant was signed by Commissioner C. Washington in the District Court of Maryland for Montgomery County, warrant number D190474841. On October 14, 2020 at approximately 9:00 a.m., members of the Montgomery County Police Department and the U.S. Marshal's Service Capital Area Regional Fugitive Task Force (CARFTF) located the defendant entering a ride share vehicle in Montgomery County. They followed the vehicle into the District of Columbia and conducted a traffic stop on the vehicle on 16th Street at Military Road, NW in Washington, D.C. Defendant Juwan Hall was removed from the vehicle and placed under arrest for the outstanding arrest warrant from Montgomery County. As he was being arrested, Defendant Hall told the detectives that he had a firearm on his person. Detective Oaks then conducted a search of the defendant's person and recovered a firearm from the defendant's waistband area. The firearm was secured by Detective Hillman in an evidence box. Members of the Washington, D.C. Metropolitan Police Department (MPD), including your affiant, responded to the location to recover the firearm and assist with placing the defendant under arrest.

The firearm recovered was determined to be a Glock 30 .45 caliber firearm with serial number XVE-827. At the time it was recovered, it was loaded with one (1) round of .45 caliber ammunition in the chamber and several additional rounds inside a 13-round capacity magazine. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia.

A criminal history check of Defendant Hall revealed that the defendant has a prior criminal conviction from Upper Marlboro, Maryland for Robbery with a Dangerous Weapon, docket numbers CT161118X and CT161117X. The defendant was sentenced to twenty (20) years of incarceration with sixteen (16) years suspended for this conviction on January 13, 2017. The defendant also has a prior criminal conviction for Unlawful Possession of Firearm in the Superior Court for the District of Columbia, docket number 2015 CF2 018192. The defendant was sentenced to twenty-four (24) months of incarceration for this conviction on May 27, 2016. Therefore, the defendant was aware at the time of his arrest in this case that he had prior convictions for crimes punishable by more than one year.

OFFICER GEORGE BANKS
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 15th day of October, 2020.*

G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE

Case: 1:20-mj-00204
Assigned to: Judge G. Michael Harvey
Assign Date: 10/15/2020
Description: COMPLAINT W/ARREST WARRANT